UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2005-W3 under the Pooling and Servicing Agreement dated as of October 1, 2005, Without Recourse**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**Dorphine Desouza, et al.**<br><br>　　　　**Defendants.** | Case No. 1:07-cv-1474<br><br>Judge Christopher A. Boyko<br><br>**ORDER GRANTING MOTION TO DISMISS FOR FORBEARANCE PLAN WITH CONTINUING JURISDICTION TO ENFORCE PLAN** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

　　Upon Motion of the Plaintiff and for good cause shown, it is ordered, adjudged and decreed that the case be dismissed on the grounds that a Forbearance Plan has been entered into by Plaintiff and Defendant and that Defendant is current on the plan. The Court shall retain jurisdiction to vacate this order and reopen the case to enforce the terms of the forbearance Plan should there be a default thereon.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 s/Christopher A. Boyko
　　　　　　　　　　　　　　　　　　　　　JUDGE CHRISTOPHER A. BOYKO
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

　　　　　　　　　　　　　　　　　　　　　July 5, 2007

G:\Cases - TM\07-11041\notice of hold-070703-MAH.wpd