# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2005-W3 under the Pooling and Servicing Agreement dated as of October 1, 2005, Without Recourse**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Dorphine Desouza, et al.**<br><br>**Defendants.** | Case No. 1:07-cv-1474<br><br>Judge Christopher A. Boyko<br><br><u>**ORDER REOPENING CASE**</u> |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This matter comes before the Court on the motion of Plaintiff requesting this Court to reopen the above referenced case. For good cause shown, this action is hereby reinstated to the Court's active docket.

**IT IS SO ORDERED.**

                                        s/Christopher A. Boyko
                                        JUDGE CHRISTOPHER A. BOYKO
                                        United States District Court Judge

October 5, 2007